# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS
Filed: July 7, 2026

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*    \*
ASTOU GUEYE,      \*
     \*
       Petitioners,      \*      No. 18-1739V
     \*
v.      \*      Special Master Young
     \*
SECRETARY OF HEALTH      \*
AND HUMAN SERVICES,      \*
     \*
       Respondent.      \*
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*    \*

*Seth D. Bader*, Bloomberg, Steinberg & Bader, New York, NY, for Petitioner.
*Katherine Edwards*, United States Department of Justice, Washington, DC, for Respondent.

## DECISION AWARDING DAMAGES[1]

On November 8, 2018, Astou Gueye ("Petitioner") filed a petition for compensation under the National Vaccine Injury Compensation Program ("the Program").[2] Pet., ECF No. 1. Petitioner alleged that she suffered from a shoulder injury related to vaccine administration that was caused-in-fact by an influenza ("flu") vaccine she received on November 10, 2015. Sec. Am. Pet. at 1, ECF No. 21. On August 29, 2025, I issued a Ruling on Entitlement, finding Petitioner was entitled to compensation. ECF No. 51.

On July 6, 2026, Respondent filed Respondent's Proffer on Award of Compensation ("Proffer"), attached hereto as Appendix A. Proffer, ECF No. 69. Based on the record as a whole, I find the Proffer reasonable and adopt it as the Decision of the Court in awarding damages, on the terms set forth therein.

---

[1] Because this Decision contains a reasoned explanation for the action taken in this case, it must be made publicly accessible and will be posted on the United States Court of Federal Claims' website, and/or at https://www.govinfo.gov/app/collection/uscourts/national/cofc, in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2018) (Federal Management and Promotion of Electronic Government Services). **This means the Decision will be available to anyone with access to the internet.** In accordance with Vaccine Rule 18(b), Petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, I agree that the identified material fits within this definition, I will redact such material from public access.

[2] National Childhood Vaccine Injury Act of 1986, Pub L. No. 99-660, 100 Stat. 3755 ("the Vaccine Act" or "Act"). Hereinafter, for ease of citation, all "§" references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2018).

Pursuant to the terms stated in the Proffer, attached as Appendix A, I award Petitioners:

(1) A lump sum payment of $70,000.00, representing compensation for pain and suffering, in the form of an ACH deposit to Petitioner's counsel's IOLTA account for prompt disbursement to Petitioner.

Proffer at 1–2.

I approve the requested amount for Petitioner's compensation. In the absence of a motion for review filed pursuant to RCFC Appendix B, the clerk of the court **SHALL ENTER JUDGMENT** herewith.[3]

**IT IS SO ORDERED.**

s/Herbrina D. S. Young
Herbrina D. S. Young
Special Master

---

[3] Pursuant to Vaccine Rule 11(a), entry of judgment is expedited by the parties' joint filing of notice renouncing the right to seek review.

| | |
|---|---|
| ASTOU GUEYE, | |
| Petitioner, | |
| v. | No. 18-1739V |
| | Special Master Herbrina D. S. Young |
| SECRETARY OF HEALTH AND HUMAN SERVICES, | ECF |
| Respondent. | |

## PROFFER ON AWARD OF COMPENSATION[1]

On November 8, 2018, Astou Gueye ("petitioner") filed a petition for compensation

under the National Childhood Vaccine Injury Act of 1986, 42 U.S.C. §§ 300aa-1 to -34

("Vaccine Act" or "Act"), as amended, alleging that she suffered a Shoulder Injury Related to

Vaccine Administration ("SIRVA") following an influenza ("flu") vaccination she received on

November 10, 2015.  Petition at 1 (ECF No. 1).

On August 29, 2025, the Special Master Young issued a Ruling on Entitlement finding

that petitioner is entitled to vaccine compensation.[2]  ECF No. 50.

### I.      Items of Compensation

Based on the evidence of record, respondent proffers that petitioner should be awarded

$70,000.00 in pain and suffering.  *See* 42 U.S.C. § 300aa-15(a)(4).  Petitioner agrees.

---

[1] This Proffer does not include attorneys' fees and costs, which the parties intend to address after
the Damages Decision is issued.

[2] The parties have no objection to the amount of the proffered award of damages.  However,
respondent reserves his right, pursuant to 42 U.S.C. § 300aa-12(e), to seek review of the Special
Master's August 29, 2025 Ruling on Entitlement, finding petitioner entitled to an award under
the Vaccine Act.  This right accrues following the issuance of the Damages Decision.

This amount represents all elements of compensation to which petitioner is entitled under 42 U.S.C. § 300aa-15(a). Petitioner agrees.

## II. Form of the Award/Recommended Payment

The parties recommend that the compensation provided to petitioner should be made through one lump sum payment as described below and request that the Special Master's decision and the Court's judgment award the following:[3]

> A lump sum payment of **$70,000.00** to be paid through an ACH deposit to petitioner's counsel's IOLTA account for prompt disbursement to petitioner, Astou Gueye.

> Petitioner is a competent adult. Proof of guardianship is not required in this case.

<div align="right">

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

JONATHAN D. GUYNN
Acting Director
Torts Branch, Civil Division

HEATHER L. PEARLMAN
Deputy Director
Torts Branch, Civil Division

GABRIELLE M. FIELDING
Assistant Director
Torts Branch, Civil Division

</div>

---

[3] Should petitioner die prior to entry of judgment, the parties reserve the right to move the Court for appropriate relief. In particular, respondent would oppose any award for future medical expenses, future lost earnings, and future pain and suffering.

<div style="margin-left: 50%;">

/s/ Katherine Edwards
KATHERINE EDWARDS
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 146
Benjamin Franklin Station
Washington, D.C.  20044-0146
Tel: (202) 742-6374
Katherine.Edwards2@usdoj.gov

</div>

DATED: July 6, 2026

## CERTIFICATE OF SERVICE

I certify that today, July 6, 2026, a copy of the foregoing pleading will be served by electronic mail to Seth Bader at sbader@baderlawfirm.com.

<div style="margin-left: 50%;">

/s/ Katherine Edwards
KATHERINE EDWARDS
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 146
Benjamin Franklin Station
Washington, D.C.  20044-0146
Tel: (202) 742-6374
Katherine.Edwards2@usdoj.gov

</div>